7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Michael Duncan MacArthur
*Debtor*

*Bankruptcy Case No.*
14–21261–drd7

**Jessica Park**
    Plaintiff(s)

*Adversary Case No.*
15–02002–drd

v.

**Michael Duncan MacArthur**
    Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: Plaintiff, Jessica Park, is awarded judgment by default against Defendant Michael D. MacArthur declaring the Defendants obligations to pay certain sums and debts and to hold Plaintiff harmless therefrom as stated and prayed for in Plaintiff's Adversary Complaint in this action are excepted from discharge pursuant to 11 U.S.C. §523.

Ann Thompson
Court Executive

By: /s/ Kim McClanahan
    Deputy Clerk



Date of issuance: 4/21/15

Court to serve